IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT P. SHELEY,**

    **Petitioner,**

v.                                  Case No.  4:16cv112-MW/CJK

**JULIE L. JONES,**

    **Respondent.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Petitioner's objections to the report and recommendation.  ECF No. 7.   Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** for lack of jurisdiction.  A certificate of appealability is **DENIED**."   The Clerk shall close the file.

**SO ORDERED on April 14, 2016.**

                                              **s/Mark E. Walker                   ____**
                                              **United States District Judge**